**Bryan MARTIN, Employee,**

v.

**MORRISON TRUCKING, INC., Respondent,**

and

**Travelers Insurance Company, Relator,**

and

**Special Claims Section, f/k/a Special Compensation Fund, Respondent.**

No. A08–2056.

Supreme Court of Minnesota.

May 27, 2009.

Robert E. Kuderer, Stacey A. Molde, Johnson & Condon, P.A., Minneapolis, MN, for relator.

Thomas L. Cummings, Jardine, Logan & O'Brien, P.L.L.P., Lake Elmo, MN, for respondent Minnesota Trucking, Inc.

Lori Swanson, Attorney General, Rory H. Foley, Assistant Attorney General, St. Paul, MN, for respondent Special Claims Section.

**ORDER**

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed October 29, 2008, be, and the same is, reversed and the matter is remanded for reconsideration in light of *Carlson v. Allstate Insurance Company,* 749 N.W.2d 41 (Minn.2008).

BY THE COURT:

/s/Lorie S. Gildea
Associate Justice

PAGE, J., took no part in the consideration or decision of this case.